IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**UNITED STATES OF AMERICA,**

      Plaintiff,

  vs.              :  CASE NO.  CR-1-01-059(3)

**KENNETH BECK,**

      Defendant.

## SATISFACTION OF CRIMINAL IMPOSITION

The judgment imposition in the above-entitled case having been paid, the Clerk of the United States District Court for the Southern District of Ohio is hereby authorized and empowered to cancel said judgment of record.

                          GREGORY G. LOCKHART
                          United States Attorney


                          s/Deborah F. Sanders
                          DEBORAH F. SANDERS  #0043575
                          Assistant United States Attorney
                          303 Marconi Blvd., Suite 200
                          Columbus, Ohio 43215
                          (614) 469-5715

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 18, 2006, I electronically filed the foregoing Satisfaction of Criminal Imposition with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed by United States Postal Service the document to Kenneth W. Beck, 620 Garfield Avenue, Scottsdale, PA 15683.

                                        s/Deborah F. Sanders
                                        Deborah F. Sanders (0043575)
                                        Assistant United States Attorney